2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Paul Nicoletti,

    Defendant.

Case: 2:15-cr-20382
Judge: Rosen, Gerald E.
MJ: Stafford, Elizabeth A.
Filed: 06-23-2015 At 12:41 PM
Sealed Matter (LG)

---

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT [AND ARREST WARRANT(S)]

---

The United States of America hereby moves for an order sealing the indictment in this case and states:

1. The indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

   *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the Indictment be sealed because it is concerned that the defendant may attempt to intimidate or otherwise affect

the testimony of witnesses if the Indictment becomes a matter of public record before the defendant appears on the Indictment.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment.

Respectfully submitted,

Barbara L. McQuade
United States Attorney

Craig A. Weier
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Craig.Weier@usdoj.gov
(313) 226-9678
P33261

Dated:  June 23, 2015

IT IS SO ORDERED.

Elizabeth A. Stafford
United States Magistrate Judge

Entered: June 23, 2015