UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED
AUG 2 8 2015
CLERK'S OFFICE
DETROIT

United States of America,

    Plaintiff,

v.

D-1 Paul Nicoletti,

    Defendant.

Criminal No. 15-cr-20382

Honorable Victoria A. Roberts

---

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT

---

The United States of America hereby moves for an order unsealing the Indictment in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment be unsealed because there is no longer a need for the document to be sealed.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney


*/s/ Craig A. Weier*
Craig A. Weier
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Craig.Weier@usdoj.gov
(313) 226-9678
P33261

Dated:  August 28, 2015


**IT IS SO ORDERED.**


**s/ Mona K. Majzoub**
Mona K. Majzoub
United States Magistrate Judge

Entered: August 28, 2015