UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),                               Case No.  15-20382

v.                                                 Honorable  Gerald E. Rosen

D-1, PAUL NICOLETTI,                    Magistrate Judge  Elizabeth A. Stafford

        Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. __11-20236__. Pursuant to E.D. Mich LCrR 57.10(b)(4), the Clerk is directed to reassign this case to the docket of the Honorable __Victoria A. Roberts__ and Magistrate Judge __Mona K. Majzoub__.

                                                            s/Gerald E. Rosen
                                                            Gerald E. Rosen
                                                            United States District Judge

                                                            s/Victoria A. Roberts
                                                            Victoria A. Roberts
                                                            United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type: __CRIMINAL__

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __September 18, 2015__                       s/ S Schoenherr
                                                      Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable Victoria A. Roberts