# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Defendant.

Criminal No. 15 - 20382

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: __PAUL NICOLETTI__

_____
Attorney's signature

JOHN MINOCK  P24626
Printed Name and Michigan Bar Number

339 E. LIBERTY ANN ARBOR MI 48104
Address

jminock@cramerminock.com
E-mail Address

734 668 2200
(Area Code)   Telephone Number

734 668 0416
Fax Number

FILED
SEP 18 2015
CLERK'S OFFICE
DETROIT

Date: 9/18/15
Detroit, Michigan

☑ CJA Appointment  ☐ Retained