UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO.   15-cr-20382 |
| Plaintiff, | HON. GERALD R. ROSEN |
| vs. | OFFENSES: Bank Fraud Conspiracy; Bank Fraud, Aiding and Abetting |
| D-1 PAUL NICOLETTI, | VIOLATIONS: 18 USC §1349; |
| Defendant. | 18 USC §§1344, 2 |

FILED
SEP 18 2015
CLERK'S OFFICE
DETROIT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, **PAUL NICOLETTI**, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the INDICTMENT in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

I know that if I am convicted or plead guilty, I may be sentenced as follows -

Ct.1: 18 U.S.C. §1349 Bank Fraud Conspiracy;
Cts. 2-4: 18 U.S.C. §§1344, 2: Bank Fraud, Aiding and Abetting
MAXIMUM POSSIBLE PENALTY: 30 years/$1,000,000 per count.

_____          _____
John Minock, Esq.                                  Paul Nicoletti
Attorney for Defendant                         Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
John Minock, Esq.
Attorney for the Defendant

Dated: September 18, 2015