# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN



UNITED STATES OF AMERICA

v.

Case No: 15-20382

Paul Nicoletti  NUNC PRO TUNC

### APPOINTMENT OF FEDERAL DEFENDER OFFICE

☐ MULTIPLE DEFENDANT CASE  ☐ DEFENDANT IN CUSTODY

☐ NON-ENGLISH SPEAKING  LANGUAGE: _____

VIOLATION: 18 USC § 1349  CASE TYPE: _____

FILED SEP 28 2015 CLERK'S OFFICE U.S. DISTRICT COURT

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender Office, 613 Abbott, 5th fl., Detroit, Michigan 48226, telephone number **(313) 967-5555**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitue counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: N/A

Atty John Minock was appointed on 9/18/15 as CJA panel attorney.

Dated: 9/28/15

United States District Judge/Magistrate Judge

AUSA Assigned: Craig Weir

### PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.**

Defendant's Name, Address & Telephone Number:

United States District Judge/Magistrate Judge

Defendant's Signature

EDM 0044 01/95

ORIGINAL