UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                  Criminal No. 15-cr-20382

v.

                                  Hon. Victoria A. Roberts

D-1 PAUL NICOLETTI,

          Defendant.

_____/

*STIPULATION ADJOURNING TRIAL AND*
*FOR FINDING OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. §3161*

The parties, through BARBARA L. McQUADE, U.S. Attorney, and Craig A. Weier, Assistant U.S. Attorney, for the United States, and John R. Minock for D-1 PAUL NICOLETTI, hereby stipulate that the **trial** in the above-captioned matter, which was scheduled to commence on November 23, 2015 at 9:00 a.m., be adjourned to **June 7, 2016** at 9:00 a.m.;

The parties further stipulate and agree that the **motion cut-off date** be adjourned to **April 12, 2016**, that the **plea cut-off date** be adjourned to **May 3, 2016**, and that the **motion *in limine* cut-off date** be adjourned to **May 24, 2016**.

The parties stipulate further that the delay from and including the scheduled trial date, November 23, 2015, to June 7, 2016 is necessary to allow counsel adequate opportunity to review voluminous discovery material, consult with experts, if necessary, explore potential pretrial motions, engage in possible pretrial

plea negotiations, and to adequately prepare for trial should a trial be necessary.

The parties further stipulate that the period of delay from and including November 23, 2015, to June 7, 2016 should be excluded from the time within which the above-noted case must be tried pursuant to the Speedy Trial Act because the reasons for the delay stated above outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), and 3161(h)(1)(as to other proceedings involving the defendant).

        Respectfully submitted,

        BARBARA L. McQUADE
        United States Attorney

        s/CRAIG A. WEIER (P33261)
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI   48226
        Phone: (313) 226-9678
        E-Mail: craig.weier@usdoj.gov

        s/JOHN R. MINOCK
        Attorney for D-1 Paul Nicoletti
        Cramer, Minock & Sweeney PLC
        339 E Liberty St, Ste 200
        Ann Arbor, MI 48104
        (734) 668-2200
        jminock@cramerminock.com

Date:   October 16, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

                                        Criminal No. 15-cr-20382

v.

                                        Hon. Victoria A. Roberts

D-1 PAUL NICOLETTI,

            Defendant.
_____/

*ORDER ADJOURNING TRIAL AND*
*FOR FINDING OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. §3161*

      The Court, having reviewed and considered the stipulation of the parties, dated October 14, 2014, and it appearing that additional time is necessary to allow counsel to review voluminous discovery material, explore potential pretrial motions, and to engage in possible pretrial plea negotiations, and to adequately prepare for trial should a trial be necessary.

      IT IS NOW THEREFORE ORDERED that the **trial** in this matter be rescheduled from November 23, 2015 to **June 7, 2016** at 9:00 a.m., the **plea cut-off date** be rescheduled to **May 3, 2016**, the **pretrial motion cut-off date** be rescheduled to **April 12, 2016**, and the **motion *in limine* cut-off date** be rescheduled to **May 24, 2016**.

IT IS FURTHER ORDERED that the period from and including November 23, 2015 to June 7, 2016 be excluded from the calculations of the time period within which the defendants must be tried pursuant to the Speedy Trial Act because the Court finds, for the reasons set forth above and in the referenced stipulation of the parties, that the reasons for the delay outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), and 3161(h)(1)(as to other proceedings involving the defendant).

SO ORDERED.

S/Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

Dated:  10/19/2015