# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,                    Case No.  15-20382
                         Plaintiff,

v                                                Hon. Victoria A. Roberts

**PAUL NICOLETTI**,
                         Defendant.
_____

## STIPULATION

It is hereby agreed between the parties that the time for Defendant to file

motions be extended two weeks, due to ongoing discussions between counsel for the

parties regarding potential resolution of discovery and trial issues which might

otherwise be the subject of motions.

s/AUSA Craig Weier                               s/John Minock
Attorney for Plaintiff                           Attorney for Defendant

## ORDER

The Court having reviewed the above stipulation,

**IT IS ORDERED** that the motion cutoff date for Defendant is extended two

weeks, from July 22, 2016 to August 5, 2016.

Dated: 7/25/2016                                 S/Victoria A. Roberts
                                                 Hon. Victoria A. Roberts
                                                 United States District Judge