UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 PAUL NICOLETTI,

        Defendant.
_____/

Criminal No. 15-cr-20382

HON. VICTORIA A. ROBERTS

HON. MONA K. MAJZOUB

### STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE FOR RESPONSE AND BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR DISCOVERY (Doc.#28) AND FOR DEFENDANT'S REPLY

The parties, through counsel, stipulate to reset the briefing schedule relative to Defendant's Motion for Discovery as follows: Government's Response/Brief due September 2, 2016; Defendant's Reply due September 30, 2016. JOINT Statement of Resolved and Unresolved Issues to be filed on or before October 14, 2016. Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

s/CRAIG A. WEIER (P33261)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
(313) 226-9678
E-Mail: craig.weier@usdoj.gov

s/JOHN R. MINOCK
Attorney for D-1 Paul Nicoletti
339 E Liberty St., Suite 200
Ann Arbor, MI   48104
(734) 668-2200
jminock@cramerminock.com

*SO ORDERED*

Dated:   August 22, 2016

s/ Mona K. Majzoub
U.S. Magistrate Judge