UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 PAUL NICOLETTI,

        Defendant.
_____/

Criminal No. 15-cr-20382

HON. VICTORIA A. ROBERTS

M.J. MONA K. MAJZOUB

### *STIPULATION ADJOURNING TRIAL AND FOR FINDING OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. § 3161*

The parties, through undersigned counsel, stipulate that the **trial** in this case, which is scheduled to commence October 17, 2016 at 9:00 a.m., be adjourned to **March 21, 2017** at 9:00 a.m.;

The parties further stipulate that the **plea cut-off date** be reset to **January 9, 2017**, and that the **motion *in limine* cut-off date** be reset to **February 20, 2017**.

The parties stipulate further that the delay from and including the scheduled trial date, October 17, 2016, to March 21, 2017 is necessary to allow counsel adequate opportunity to litigate a pretrial motion, review voluminous discovery material, consult with experts, if necessary, engage in pretrial plea negotiations, and to adequately prepare for trial

should a trial be necessary.

The parties further stipulate that the period of delay from and including October 17, 2016 to March 21, 2017 should be excluded from the time within which the above-noted case must be tried pursuant to the Speedy Trial Act because the reasons for the delay stated above outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), 3161(h)(1)(as to other proceedings involving the defendant), and 3161(h)(1)(D)(as to pending motions).

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

s/CRAIG A. WEIER (P33261)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: (313) 226-9678
E-Mail: craig.weier@usdoj.gov

s/JOHN R. MINOCK
Attorney for D-1 Paul Nicoletti
Cramer, Minock & Sweeney PLC
339 E Liberty St, Ste 200
Ann Arbor, MI 48104
(734) 668-2200
jminock@cramerminock.com

Date:   August 30, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 PAUL NICOLETTI,

        Defendant.
_____/

Criminal No. 15-cr-20382

HON. VICTORIA A. ROBERTS

M.J. MONA K. MAJZOUB

## *ORDER ADJOURNING TRIAL AND FOR FINDING OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. §3161*

The Court, having reviewed and considered the stipulation of the parties, dated August 30, 2016, and it appearing that additional time is necessary to allow counsel to adequately litigate a pretrial motion, review voluminous discovery material, explore potential plea negotiations, and to adequately prepare for trial should a trial be necessary;

**IT IS NOW THEREFORE ORDERED** that the **trial** in this matter be rescheduled from **October** 1**7, 2016** to **March 21, 2017** at 9:00 a.m., the **plea cut-off date** be reset to **January 9, 2017**, and that the **motion *in limine* cut-off date** be reset to **February 20, 2017**.

**IT IS FURTHER ORDERED** that the period from and including **October 17, 2016 to March 21, 2017** be excluded from the calculations of the time period within which the defendants must be tried pursuant to the Speedy Trial Act because the Court finds, for the reasons set forth above and in the referenced stipulation of the parties, that the reasons for the delay outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), 3161(h)(1)(as to other proceedings involving the defendant), and 3161(h)(1)(D)(as to pending motions).

    **SO ORDERED**.

                                               S/Victoria A. Roberts
                                               HONORABLE VICTORIA A. ROBERTS
                                               UNITED STATES DISTRICT JUDGE

Date:   September 9, 2016