UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Criminal No. 15-cr-20382

v.

                                    Hon. Victoria A. Roberts

D-1 PAUL NICOLETTI,

                                    MJ Mona K. Majzoub

        Defendant.

_____/

**PARTIES' JOINT STATEMENT OF
RESOLVED AND UNRESOLVED ISSUES RELATIVE
TO DEFENDANT'S MOTION FOR DISCOVERY (Doc. #25)**

The United States of America, Plaintiff, and Paul Nicoletti, Defendant, through their undersigned counsel, hereby submit this statement of resolved and unresolved issues relating to Defendant's Motion for Discovery (Doc. #25):

(1) The parties agree that whether the test for materiality for purposes of bank fraud conspiracy (18 U.S.C. §1349) and bank fraud (18 U.S.C. §1344) is an objective one or a subjective one *remains unresolved*, but agree that if materiality is to be determined by an objective standard, that is, their effect on a reasonably prudent lender, then the discovery defendant seeks in this motion is not "material to

his defense" or otherwise discoverable under Rule 16 or *Brady* and its progeny;

(2)   The parties agree that whether the materials the defendant seeks in this discovery motion are in the possession of the government *remains unresolved*.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

s/CRAIG A. WEIER (P33261)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: (313) 226-9678
E-Mail: craig.weier@usdoj.gov

s/JOHN MINOCK
Attorney for D-1 Paul Nicoletti
339 E. Liberty Street, Suite 200
Ann Arbor, MI 48014
Phone: (734) 668-2200
E-Mail: jminock@cramerminock.com

Dated:   October 14, 2016

3