UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        Criminal No. 15-cr-20382

v.

        HON. VICTORIA A. ROBERTS

D-1 PAUL NICOLETTI,

        Defendant.
_____/

*STIPULATION AND ORDER PERMITTING EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S OBJECTIONS
TO MAGISTRATE'S ORDER DENYING DISCOVERY MOTION (Doc.#38)*

    The parties, through BARBARA L. McQUADE, U.S. Attorney, and Craig A. Weier, Assistant U.S. Attorney, for the United States, and John R. Minock for D-1 PAUL NICOLETTI, hereby stipulate to permit the government to respond to Defendant's Objections to Magistrate's Order Denying Defendant's Motion for Discovery (Doc. #38) on or before December 30, 2016. The government's response to this non-dispositive motion is now due by December 14, 2016 (E.D. Mich. LR 7.1(e)(2)(B); Text Only Order of 11/30/2016).   The parties also stipulate that the Reply, if any, shall be filed on or before hall be filed on or before January 9, 2017.

                      Respectfully submitted,

                      BARBARA L. McQUADE

        United States Attorney

        s/CRAIG A. WEIER (P33261)
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI   48226
        Phone: (313) 226-9678
        E-Mail: craig.weier@usdoj.gov

        s/JOHN R. MINOCK
        Attorney for D-1 Paul Nicoletti
        Cramer, Minock & Sweeney PLC
        339 E Liberty St, Ste 200
        Ann Arbor, MI 48104
        (734) 668-2200
        jminock@cramerminock.com

        December 14, 2016

SO ORDERED.

        <u>S/Victoria A. Roberts</u>
        HONORABLE VICTORIA A. ROBERTS
        UNITED STATES DISTRICT JUDGE

Date:   December 19, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, December 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John R. Minock

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

*s/Craig A. Weier*
Craig A. Weier
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Craig.Weier@usdoj.gov
(313) 226-9678
P33261
