UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                  Criminal No. 15-cr-20382

v.

                                  Hon. Victoria A. Roberts

D-1 PAUL NICOLETTI,

        Defendant.
_____/

*STIPULATION AND ORDER PERMITTING EXTENSION*
*OF TIME TO RESPOND TO DEFENDANT'S OBJECTIONS*
*TO MAGISTRATE'S ORDER DENYING DISCOVERY MOTION (Doc.#38)*

      The parties, through BARBARA L. McQUADE, U.S. Attorney, and Craig A. Weier, Assistant U.S. Attorney, for the United States, and John R. Minock for D-1 PAUL NICOLETTI, hereby stipulate to permit the government to respond to Defendant's Objections to Magistrate's Order Denying Defendant's Motion for Discovery (Doc. #38) on or before January 13, 2017. The government's response to this non-dispositive motion is now due by December 30, 2016 (Doc.#40: Stipulation and Order). The parties also stipulate that the Reply, if any, shall be filed on or before hall be filed on or before January 23, 2017.

                                              Respectfully submitted,

                                              BARBARA L. McQUADE
                                              United States Attorney

s/CRAIG A. WEIER (P33261)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: (313) 226-9678
E-Mail: craig.weier@usdoj.gov

s/JOHN R. MINOCK
Attorney for D-1 Paul Nicoletti
Cramer, Minock & Sweeney PLC
339 E Liberty St, Ste 200
Ann Arbor, MI 48104
(734) 668-2200
jminock@cramerminock.com

December 22, 2016

SO ORDERED.

S/Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

Date:   December 29, 2016