UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Criminal No. 15-cr-20382

v.

                              Hon. Victoria A. Roberts

D-1 PAUL NICOLETTI,

        Defendant.
_____/

*STIPULATION ADJOURNING TRIAL AND
FOR FINDING OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. §3161*

The parties, through BARBARA L. McQUADE, U.S. Attorney, and Craig A. Weier, Assistant U.S. Attorney, for the United States, and John R. Minock for D-1 PAUL NICOLETTI, hereby stipulate that the **trial** in the above-captioned matter, which was scheduled to commence on March 21, 2017 at 9:00 a.m., be adjourned to June 12, 2017 at 9:00 a.m.;

The parties further stipulate and agree that the motion *in limine* cut-off date be extended to March 3, 2017 and that the **plea cut-off date** and final pretrial conference be rescheduled to April 18, 2017 at 2pm;

The parties stipulate further that the delay from and including the scheduled trial date, March 21, 2017 to June 12, 2017 is necessary to allow counsel adequate opportunity to fully brief the government's Motion *in Limine* and to adequately prepare for trial after the Court's ruling on that motion, and, further, to give

counsel for the defense additional time to obtain certain documentary evidence by subpoena that may be necessary to its case, all of which is more fully described in the defendant's Motion to Adjourn Trial filed February 23, 2017, as well as to continue to consider pretrial resolution of this case;

The parties further stipulate that the period of delay from and including March 21, 2017 to June 12, 2017 should be excluded from the time within which the above-noted case must be tried pursuant to the Speedy Trial Act because the reasons for the delay stated above outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), and 3161(h)(1)(as to other proceedings involving the defendant).

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

s/CRAIG A. WEIER (P33261)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: (313) 226-9678
E-Mail: craig.weier@usdoj.gov

s/JOHN R. MINOCK
Attorney for D-1 Paul Nicoletti
Cramer, Minock & Sweeney PLC
339 E Liberty St, Ste 200
Ann Arbor, MI 48104
(734) 668-2200
jminock@cramerminock.com

Date:   February 24, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Criminal No. 15-cr-20382

v.

                                    Hon. Victoria A. Roberts

D-1 PAUL NICOLETTI,

        Defendant.
_____/

*ORDER ADJOURNING TRIAL AND*
*FOR FINDING OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. §3161*

      The Court, having reviewed and considered the stipulation of the parties, dated February 24, 2017, and the defendant's Motion to Adjourn Trial of the same date, and it appearing that additional time is necessary to allow counsel to adequately brief the government's pending Motion *in Limine* and to adequately prepare for trial in light of the Court's ruling on that motion, to give counsel for the defendant additional time to obtain certain documentary evidence subject to subpoena, and to engage in additional pretrial plea negotiations.

      IT IS NOW THEREFORE ORDERED that the **trial** in this matter be rescheduled from March 21, 2017 to **June 12, 2017 at 9:00 a.m**., that the motion *in limine* cut-off date be extended to March 3, 2017, and that the **plea cut-off date** and final pretrial conference by rescheduled to April 18, 2016 at 2 p.m..

IT IS FURTHER ORDERED that the period from and including March 21, 2017 to June 12, 2017 be excluded from the calculations of the time period within which the defendants must be tried pursuant to the Speedy Trial Act because the Court finds, for the reasons set forth above and in the referenced stipulation of the parties and Motion to Adjourn, that the reasons for the delay outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), and 3161(h)(1)(as to other proceedings involving the defendant).

SO ORDERED.

S/Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

Date:   February 28, 2017