# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,                    Case No.   15-20382
             Plaintiff,
v                                                                     Hon. Victoria A. Roberts

**PAUL NICOLETTI**,
             Defendant.
_____

## STIPULATION

It is hereby agreed between the parties that the time for Defendant to file a response to the government motion to preclude evidence and arguments, R 48, be extended three days, to March 10, 2017 at the request of defense counsel.

s/AUSA Craig Weier                                      s/John Minock
Attorney for Plaintiff                                       Attorney for Defendant

## ORDER

The Court having reviewed the above stipulation,

**IT IS ORDERED** that the time for Defendant to file a response to the government motion to preclude evidence and arguments, R 48, is extended three days, to March 10, 2017.

                                            S/Victoria A. Roberts
                                            Hon. Victoria J. Roberts
                                            United States District Judge


                                            Dated:   March 8, 2017