# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,   Case No. 15-20382
        Plaintiff,

v   Hon. Victoria A. Roberts

**PAUL NICOLETTI**,
        Defendant.
_____

## STIPULATION

It is hereby agreed between the parties that the time for Defendant to file a response to the government motion to preclude evidence and arguments, R 48, be extended to March 14, 2017. at the request of defense counsel.

s/AUSA Craig Weier   s/John Minock
Attorney for Plaintiff   Attorney for Defendant

## ORDER

The Court having reviewed the above stipulation,

**IT IS ORDERED** that the time for Defendant to file a response to the government motion to preclude evidence and arguments, R 48, is extended to March 14, 2017.

        S/Victoria A. Roberts
        Hon. Victoria A. Roberts
        United States District Judge

Dated: March 13, 2017