UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No: 2:15-cr-20382

                              Hon: Victoria A. Roberts

D-1    PAUL NICOLETTI

    Defendant.

_____/

## STIPULATED ORDER FOR ADJOURNMENT OF STATUS CONFERENCE

Through their respective counsel, the parties stipulate and agree that the status conference in this matter, currently scheduled for May 16, 2017, at 2:00 p.m. is adjourned until June 19, 2017 at 11:00 a.m. to afford the newly appointed counsel opportunity to meet with prior counsel, receive discovery and to engage in pretrial discussions.

The parties agree that all of the time between May 16, 2017 and June 19, 2017, shall constitute excludable delay pursuant to 18 U.S.C. ' 3161.  The parties further agree that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. ' 3161(h)(7)(A).

**IT IS SO ORDERED**.

                                              S/Victoria A. Roberts
                                              United States Judge

Entered: May 12, 2017

DANIEL L. LEMISCH
Acting United States Attorney

*s/Craig Weier (P33261) with consent*
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI  48226
Craig.weier@usdoj.gov
(313) 226-9678

*s/Michael Harrison (P52656___*
Attorney for Paul Nicoletti
Harrison Law
240 Daines Street
Birmingham MI  48009
michael@harrisonlawplc.com
248-220-3324