UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Criminal No. 15-cr-20382

v.

                              HON. VICTORIA A. ROBERTS

D-1 PAUL NICOLETTI,

        Defendant.
_____/

*STIPULATION ADJOURNING*
*STATUS CONFERENCE DATE AND FOR FINDING OF*
*EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. § 3161*

The parties, through DANIEL L. LEMISCH, Acting U.S. Attorney, and Craig A. Weier, Assistant U.S. Attorney, for the United States, and MICHAEL J. HARRISON for D-1 PAUL NICOLETTI, hereby stipulate that the status conference in this case now scheduled for June 19, 2017 be reset for July 13, 2017 at 9:30 a.m.;

The parties stipulate further that the delay resulting from this adjournment, from June 12, 2017 through July 13, 2017, is necessary to allow newly-appointed counsel to adequately review voluminous discovery in order to both continue to prepare for trial and intelligently advise the Court of the total time which will be necessary to adequately prepare for trial so as to arrive at a new trial date for this case at the

status conference.

The parties further stipulate that the period of delay from and including June 19, 2017 through July 13, 2017 should be excluded from the time within which the above-noted case must be tried pursuant to the Speedy Trial Act because the reasons for the delay stated above outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

        Respectfully submitted,

        DANIEL L. LEMISCH
        Acting United States Attorney

        s/Craig A. Weier (P33261)
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI   48226
        Phone: (313) 226-9678
        E-Mail: craig.weier@usdoj.gov

        s/Michael J. Harrison
        Attorney for Paul Nicoletti
        240 Daines Street
        Birmingham, MI 48009
        Phone: (248) 220-3324
        Email: michael@harrisonlawplc.com

Date:   June 16, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                      Criminal No. 15-cr-20382

v.

                      HON. VICTORIA A. ROBERTS

D-1 PAUL NICOLETTI,

        Defendant.
_____/

*STIPULATED ORDER FOR ADJOURNMENT*
*OF STATUS CONFERENCE AND FOR FINDING*
*OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. § 3161*

The Court, having reviewed and considered the stipulation of the parties, dated June 16, 2017, and it appearing that additional time is necessary to allow newly appointed counsel to review voluminous discovery to make a determination about how much additional preparation time will be required so that a new trial date may be established at the status conference,

IT IS NOW THEREFORE ORDERED that the status conference in this matter be rescheduled from **June 19, 2017 to July 13, 2017 at 9:30 a.m**

IT IS FURTHER ORDERED that the period from and including

June 19, 2017 through July 13, 2017 be excluded from the calculations of the time period within which the defendants must be tried pursuant to the Speedy Trial Act because the Court finds, for the reasons set forth above and in the referenced stipulation of the parties, that the reasons for the delay outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

      SO ORDERED.

                                  S/Victoria A. Roberts
                                  HONORABLE VICTORIA A. ROBERTS
                                  UNITED STATES DISTRICT JUDGE

Date:   June 16, 2017