UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Criminal No. 15-cr-20382

        HON. VICTORIA A. ROBERTS

D-1 PAUL NICOLETTI,

        Defendant.
_____/

*STIPULATION ADJOURNING TRIAL AND FOR*
*FINDING OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. §3161*

The parties, through DANIEL L. LEMISCH, Acting U.S. Attorney, and Craig A. Weier, Assistant U.S. Attorney, for the United States, and MICHAEL J. HARRISON for D-1 PAUL NICOLETTI, hereby stipulate that the trial in this case previously scheduled for June 12, 2017 be reset for March 19, 2018 at 8:30am.

The parties further stipulate and agree to a new motion **cut-off date** of November 27, 2017 and that the final pretrial conference be rescheduled to February 27, 2017 at 2pm.

The parties stipulate further that the delay from and including the last scheduled trial date, June 12, 2017 to March 19, 2018 is necessary to allow newly-appointed counsel adequate opportunity to

fully prepare for trial, as well as consideration of additional pretrial motions and to explore possible pretrial resolution of this case.

The parties further stipulate that the period of delay from and including June 12, 2017 to March 19, 2018 should be excluded from the time within which the above-noted case must be tried pursuant to the Speedy Trial Act because the reasons for the delay stated above outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), and 3161(h)(1)(as to other proceedings involving the defendant).

    Respectfully submitted,

    DANIEL L. LEMISCH
    Acting United States Attorney

    s/CRAIG A. WEIER (P33261)
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI   48226
    Phone: (313) 226-9678
    E-Mail: craig.weier@usdoj.gov

    s/MICHAEL J. HARRISON
    Attorney for Paul Nicoletti
    240 Daines Street
    Birmingham, MI 48009
    Phone: (248) 220-3324
    Email: michael@harrisonlawplc.com

Date:   July 27, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Criminal No. 15-cr-20382

v.

                              Hon. Victoria A. Roberts

D-1 PAUL NICOLETTI,

        Defendant.

_____/

*ORDER ADJOURNING TRIAL AND FOR*
*FINDING OF EXCLUDABLE DELAY PURSUANT TO 18 U.S.C. §3161*

The Court reviewed and considered the stipulation of the parties, dated July 27, 2017, and finds that additional time is necessary to allow counsel to adequately prepare for trial in light of his recent appointment and the voluminous nature of the documentary discovery and to consider additional pretrial motions and possible plea negotiations once review of the discovery materials is completed.

IT IS ORDERED that the trial will begin on **March 19, 2018 at 8:30am.** The Court has the case on its docket to be completed by **March 29, 2017.** The Court will provide counsel with a trial schedule. The pretrial motion cut-off date is **November 27, 2017**, and the Final

Pretrial Conference is set for **February 27, 2018 at 2pm**.

IT IS FURTHER ORDERED that the period from and including June 12, 2017 to March 19, 2018 be excluded from the calculations of the time period within which the defendant must be tried pursuant to the Speedy Trial Act because the Court finds, for the reasons set forth above, that the reasons for the delay outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv), and 3161(h)(1)(as to other proceedings involving the defendant).

SO ORDERED.

S/Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

Date:  July 27, 2017