UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No: 2:15-cr-20382

v.

                                    Hon: Victoria A. Roberts

D-1    PAUL NICOLETTI

        Defendant

_____/

## STIPULATION TO ADJOURN PRE-TRIAL MOTION CUTOFF DATE

Now comes the above parties, through their respective counsel and hereby requests that this Honorable Court adjourn the date set for Pre-Trial Motion Cutoff scheduled on November 27, 2017 to December 11, 2017. The Pretrial Conference, Plea Hearing, and Plea Cutoff date will remain February 27, 2018 at 2:00PM.

**WHEREFORE**, the parties hereby request that the Court reset the Pre-Trial Motion Cutoff Date to December 11, 2017. The Pretrial Conference, Plea Hearing, and Plea Cutoff date will remain February 27, 2018 at 2:00PM.

**IT IS SO STIPULATED.**

/s/ Craig Weier (w/permission)              /s/ Michael Harrison
Assistant United States Attorney            Attorney for Paul Nicoletti
211 W. Fort St., Ste. 2001                    240 Daines Street
Detroit, MI 48226                            Birmingham, MI 48009
Phone: (313) 226-9678                    Phone: (248) 220-3224
Email: craig.weier@usdoj.gov           Email: michael@harrisonlawplc.com


**IT IS SO ORDERED:**

S/Victoria A. Roberts                      November 29, 2017
Honorable Victoria Roberts                Date