UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                             Case No. 15-20382
                                             Hon. Victoria A. Roberts

PAUL NICOLETTI,

    Defendant.
_____/

**STIPULATION AND ORDER FOR LEAVE TO ISSUE SUBPOENAS**

The Court having read Defendant's Stipulated Motion for Leave to Issue Subpoenas and otherwise being duly advised of the issues:

**IT IS ORDERED THAT** pursuant to Fed. R. Crim. Pro. 17 (c) and LCrR 17:1, the Defendant, through his counsel may issue subpoenas to (1) Fifth Third Bancorp, (2) Fifth Third Bank, (3) Fifth Third Mortgage, LLC, and (4) Computer Forensic Services, LLC.

**IT IS ORDERED**:

                                                      S/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States Judge

Dated:  2/21/18

CRAIG WEIER
Assistant United States Attorney

*/s/ Craig Weier P (with permission)* _____
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI  48226
Craig.weier@usdoj.gov
Tel: (313) 226-9678

*/s/Michael Harrison* ____
Attorney for Paul Nicoletti
Harrison Law
240 Daines Street
Birmingham MI  48009
michael@harrisonlawplc.com
Tel: 248-220-3324

Dated: 2/20/18