

Paul Nicoletti <pauljnicoletti@gmail.com>

## Re: Docket Entries as of 12-30-17

**Sarah McKenzie** <sarah@harrisonlawplc.com>  Sat, Dec 30, 2017 at 10:58 AM
To: Paul Nicoletti <pauljnicoletti@gmail.com>

I thought both Jessica and I let you know that the deadline was moved to 2/12. The court, the AUSA, and Bob Harrison spoke and the court represented they would move the deadline.

I received this email yesterday from Craig:

"I was out today. Sorry for not responding. I trust you spoke with Bo. Harrison re: status. The Court agreed to extend until Feb with new trial date in July."

I guess the actual order will be entered next week. You know the same amount on information as I do. And since we have the deadline extension, I plan on filing the motions when Mike directs me to after finalizing. With the extension, I imagine he doesn't want to rush with filing since we have an extra 6 weeks or so.

Sent from my iPhone

On Dec 30, 2017, at 10:15 AM, Paul Nicoletti <pauljnicoletti@gmail.com> wrote:

> Sarah, should I be concerned about the lack of recent docket entries? When do you plan on filing any of the motions?
>
> Best Regards,
>
> **NICOLETTI LAW, PLC**
> Paul Nicoletti  (P-44419)
> 33717 Woodward Avenue, Ste. #433
> Birmingham, MI 48009
> Landline: (248) 203-7800
> Sarah, should I be concerned about the lack of recent docket entries? When do you plan on filing any of the motions?
> Email:  pauljnicoletti@gmail.com
> http://www.nicolettilawplc.com
>
> This e-mail message contains confidential privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (248) 203-7800 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.



<CM:ECF - U.S. District Court:mied.pdf>