**Gmail**

Paul Nicoletti <pauljnicoletti@gmail.com>

## MOTION CUTOFF DATE 2/20/18

Paul Nicoletti <pauljnicoletti@gmail.com>　　　　　　　　　　　　　Mon, Feb 5, 2018 at 11:09 AM
To: Michael Harrison <michael@harrisonlawplc.com>

Hi Michael, I hope you are feeling better. I just wanted to check on the status of the FDIC and other motions. Is there anything Ken or I can do to be of assistance? Please advise.

Best Regards,

**NICOLETTI LAW, PLC**
Paul Nicoletti (P-44419)
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Landline: (248) 203-7800

Email: pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

This e-mail message contains confidential privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (248) 203-7800 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

