1/12/18, 9:13 AM

> Has the most recent FDIC motion been sent to Craig Weier yet?

Delivered

1/16/18, 8:32 AM

> Hi paul. Kevin and I are on our way to Ann Arbor this morning. No one will be there at 10 AM. Kevin intends to call you within the hour to arrange for a pick up time later this afternoon. I also read the latest iteration of the motion and like it very much I am having all of the cases pulled And will read them today and give The team my thoughts this week