Gmail

Paul Nicoletti <pauljnicoletti@gmail.com>

## Fwd: US v. Nicoletti

Wed, Jun 27, 2018 at 12:39 PM



**From:** Sarah McKenzie <sarah@harrisonlawplc.com>  
**Date:** December 20, 2017 at 12:30:42 PM EST  
**To:** pauljnicoletti@gmail.com  
**Subject:** Fwd: US v. Nicoletti

Sent from my iPhone

Do you have availability before the motion cut off date (I can't remember right now when we rescheduled that for, and I have to go in a minute)?

and



From: Sarah McKenzie [mailto:sarah@harrisonlawplc.com]
Sent: Monday, December 18, 2017 1:00 PM
To: Weier, Craig (USAMIE)
Cc: Michael Harrison <michael@harrisonlawplc.com>
Subject: US v. Nicoletti

Good afternoon Craig,

I believe that several months ago, you and Michael spoke about a bond modification that would allow Paul to carry a bow for hunting. I do not see that it was ever entered. I am attaching a copy of that stipulated order here. Can you review said order and let me know whether you are still in agreement with this modification? Michael is out of the state at this time so if you have any questions or concerns regarding this issue, please feel free to contact me.

Thank you.

Sincerely,

**Sarah McKenzie**

Associate Attorney

HARRISON LAW PLC

240 Daines Street

Birmingham, MI 48009

Tel: (248) 220-3324