

M Gmail                                                                 Paul Nicoletti <pauljnicoletti@gmail.com>

**shared files - need in word format**

Michael Harrison <michael@harrisonlawplc.com>                           Thu, Feb 15, 2018 at 2:41 PM
To: "Paul J. Nicoletti" <pauljnicoletti@gmail.com>
Cc: Harrison Law Plc Plc <mharrison@harrisonlawplc.com>,

Paul, I need the files in Word format. These are in pdf. Tx Mike

> On Feb 15, 2018, at 12:38 PM, Paul Nicoletti (via Dropbox) <no-reply@dropbox.com> wrote:

Hi Michael,

Paul Nicoletti (pauljnicoletti@gmail.com) invited you to edit the folder "**NICOLETTI USA MOTIONS TO BE FILED BY 2-20-18**" on Dropbox.

[Go to folder]

Enjoy!
The Dropbox team

© 2018 Dropbox