

Paul Nicoletti <pauljnicoletti@gmail.com>

## Fwd: Subpoenas and Proofs of Service

**Michael Harrison** <michael@harrisonlawplc.com>  Tue, Jun 26, 2018 at 2:42 PM
To: "Paul J. Nicoletti" <pauljnicoletti@gmail.com>

Mr. Nicoletti:

On advice of counsel, I am not taking any further action on your behalf until the Motion to Withdraw is heard by the Court. Please do not contact me while this motion is pending.

Michael Harrison

> Begin forwarded message:
>
> **From:** "Paul J. Nicoletti" <pauljnicoletti@gmail.com>
> **Subject: Subpoenas and Proofs of Service**
> **Date:** June 25, 2018 at 9:22:59 PM EDT
> **To:** Michael Harrison <michael@harrisonlawplc.com>
>
> I would assume that any adjournment of the trial will be dependent upon when I get the documents from Computer Forensics and Fifth Third. For that reason it is imperative that I have a copy of what was served on June 19th as well as the proofs of service. I would request these items before Thursday. Thanks.
>
> Paul
>
>
> On Jun 22, 2018, at 9:13 AM, Michael Harrison <michael@harrisonlawplc.com> wrote:
>
> I assume the same day. I will check with Carol.
>
> Harrison Law Plc
>
> On Jun 20, 2018, at 2:02 PM, pauljnicoletti <pauljnicoletti@gmail.com> wrote:
>
>> When is the hearing date for your motion in light of the pretrial on the 28th?
>>
>> Will the pretrial on the 28th be adjourned?
>>
>> Sent via the Samsung Galaxy S9+, an AT&T 4G LTE smartphone
>>
>> -------- Original message --------
>> From: Michael Harrison <michael@harrisonlawplc.com>
>> Date: 6/19/18 12:50 PM (GMT-05:00)
>> To: "Paul J. Nicoletti" <pauljnicoletti@gmail.com>
>> Subject: Motion to Withdraw and final advice

Paul, I filed the Motion to Withdraw today (copy attached).

[redacted]

Best regards and good luck. Mike

PS absent your instruction otherwise, I am filing subpoenas to be produced in two weeks.