# **INDEX OF EXHIBITS**

EXHIBIT A    Fifth Third *Bancorp* Subsidiaries

EXHIBIT B    National Information Center, A repository of financial date and institution characteristics collected by the Federal Reserve System re: Fifth Third Bancorp