9/5/2018                                                                 Print

Subject:  10Ks for Fifth Third Bancorp 2004 and 2005
From:     Weier, Craig (USAMIE) (Craig.Weier@usdoj.gov)
To:       james-howarth@att.net;
Cc:       cataylor@fbi.gov;
Date:     Wednesday, September 5, 2018 10:30 AM

Jim, attached are the exhibits to the 5/3 Bancorp 10-K's for 2004 and 2005 showing Fifth Third Mortgage Michigan to be a direct-line subsidiary of Fifth Third Bank/Michigan and Fifth Third Bancorp. These were readily available online as part of the SEC filings for those years.

Thanks,

Craig


Craig A. Weier

AUSA, EDMI

(313) 226-9678


**Attachments**

- Fifth Third Bancorp Subsidiaries, as of December 31, 2004.htm (14.47KB)
- Fifth Third Bancorp Subsidiaries, as of December 31, 2005.htm (14.59KB)

*Exhibit 1*

about:blank

**Exhibit A**

EX-21 13 dex21.htm FIFTH THIRD BANCORP SUBSIDIARIES, AS OF DECEMBER 31, 2004

Exhibit 21

## FIFTH THIRD BANCORP SUBSIDIARIES
### As of December 31, 2004

| Name | Jurisdiction of Incorporation |
|---|---|
| Fifth Third Capital Trust I | Delaware |
| Fifth Third Financial Corporation | Ohio |
|    Fifth Third Bank | Ohio |
|       The Fifth Third Company | Ohio |
|       The Fifth Third Leasing Company | Ohio |
|          The Fifth Third Auto Leasing Trust | Delaware |
|          Fifth Third Foreign Lease Management, LLC | Delaware |
|       Fifth Third International Company | Kentucky |
|          Fifth Third Trade Services Limited | Hong Kong |
|       Fifth Third Real Estate Capital Markets Company | Ohio |
|       Fifth Third Holdings, LLC | Delaware |
|       Fifth Third Mortgage Insurance Reinsurance Company | Vermont |
|       Fifth Third Mortgage Company | Ohio |
|          Fifth Third Real Estate Investment Trust, Inc. | Maryland |
|       Fifth Third Securities, Inc. | Ohio |
|       Fifth Third Asset Management, Inc. | Ohio |
|       Fifth Third Insurance Agency, Inc. | Ohio |
|    Fifth Third Reinsurance Company, LTD | Turks and Caicos Islands |
|    Fifth Third Community Development Corporation | Indiana |
|       Fifth Third New Markets Development Co., LLC | Ohio |
|    Fountain Square Life Reinsurance Company, Ltd. | Turks and Caicos Islands |
|    Old Kent Capital Trust I | Delaware |
|    Franklin Capital Trust I | Delaware |
|    Old Kent Financial Life Insurance Company | Arizona |
|    Fifth Third Investment Company | Ohio |
|    Fifth Third Bank (Michigan) | Michigan |
|       Community Financial Services, Inc. | Indiana |
|          Pedcor Investments 1994 XXLP | Indiana |
|       Old Kent Investment Corporation | Nevada |
|       Home Equity of America, Inc. | Ohio |
|       GNB Management, LLC | Delaware |
|          GNB Realty, LLC | Delaware |
|       Old Kent Mortgage Services, Inc. | Michigan |
|          Fifth Third Mortgage—MI, LLC | Delaware |
|       Fifth Third Funding, LLC | Delaware |
|       Fifth Third Auto Funding, LLC | Delaware |
| Fifth Third Bank, National Association | United States of America |

Fifth Third Bancorp Subsidiaries, as of December 31, 2005                                Page 1 of 1

EX-21 6 dex21.htm FIFTH THIRD BANCORP SUBSIDIARIES, AS OF DECEMBER 31, 2005

Exhibit 21

FIFTH THIRD BANCORP SUBSIDIARIES
As of December 31, 2005

| Name | Jurisdiction of Incorporation |
|---|---|
| Fifth Third Capital Trust I | Delaware |
| Fifth Third Financial Corporation | Ohio |
|    Fifth Third Bank | Ohio |
|       The Fifth Third Company | Ohio |
|       The Fifth Third Leasing Company | Ohio |
|          The Fifth Third Auto Leasing Trust | Delaware |
|          Fifth Third Foreign Lease Management, LLC | Delaware |
|       Fifth Third International Company | Kentucky |
|          Fifth Third Trade Services Limited | Hong Kong |
|       Fifth Third Real Estate Capital Markets Company | Ohio |
|       Fifth Third Holdings, LLC | Delaware |
|       Fifth Third Mortgage Insurance Reinsurance Company | Vermont |
|       Fifth Third Mortgage Company | Ohio |
|          Fifth Third Real Estate Investment Trust, Inc. | Maryland |
|       Fifth Third Securities, Inc. | Ohio |
|       Fifth Third Asset Management, Inc. | Ohio |
|       Fifth Third Insurance Agency, Inc. | Ohio |
|    Fifth Third Reinsurance Company, LTD | Turks and Caicos Islands |
|    Fifth Third Community Development Corporation | Indiana |
|       Fifth Third New Markets Development Co., LLC | Ohio |
| Fountain Square Life Reinsurance Company, Ltd. | Turks and Caicos Islands |
| Old Kent Capital Trust I | Delaware |
| Old Kent Financial Life Insurance Company | Arizona |
| Fifth Third Investment Company | Ohio |
| Fifth Third Bank (Michigan) | Michigan |
|    Community Financial Services, Inc. | Indiana |
|       Pedcor Investments 1994 XXLP | Indiana |
|    Old Kent Investment Corporation | Nevada |
|    Home Equity of America, Inc. | Ohio |
|    GNB Management, LLC | Delaware |
|       GNB Realty, LLC | Delaware |
|       FNB Investment Company, Inc. | Florida |
|    Old Kent Mortgage Services, Inc. | Michigan |
|       Fifth Third Mortgage - MI, LLC | Delaware |
|    Fifth Third Funding, LLC | Delaware |
|    Fifth Third Auto Funding, LLC | Delaware |
| Fifth Third Bank, National Association | United States of America |