Report created: 9/18/2018

## FIFTH THIRD BANCORP (1070345)
### as of 01/01/2006

Hierarchy report with the following institution types: Commercial Bank, Cooperative Bank, Credit Union, Edge/Agreement Corporation, Financial Holding Company, Holding Company, Industrial Bank, Insurance Co. Broker/Agent/Underwriter, Nondepository Trust Company, Other Company, Savings Bank, Savings and Loan Association, the Securities Broker/Dealer/Underwriter, Farm Credit System Institution, and Savings and Loan Holding Company

| Seq Num | Name (RSSD ID) | Parent Seq | City | State or Country | Entity Type |
|---|---|---|---|---|---|
| 1 | * FIFTH THIRD BANCORP (1070345) |  | CINCINNATI | OH | Financial Holding Company - Domestic |
| 2 | -* FIFTH THIRD FINANCIAL CORPORATION (2990244) | 1 | CINCINNATI | OH | Financial Holding Company - Domestic |
| 3 | --* GRAND RAPIDS HOPE LIMITED PARTNERSHIP II (2165453) | 2 | GRAND RAPIDS | MI | Domestic Entity Other |
| 4 | --* PLEASANT PROSPECT II LIMITED DIVIDEND HOUSING ASSOCIATION LIMITED PARTNERSHIP (2316068) | 2 | GRAND RAPIDS | MI | Domestic Entity Other |
| 5 | --* FIFTH THIRD COMMUNITY DEVELOPMENT CORPORATION (2538477) | 2 | VALPARAISO | IN | Domestic Entity Other |
| 6 | ---* STEWART MANOR LLC (3191301) | 5 | CINCINNATI | OH | Domestic Entity Other |
| 7 | ---* SUN AMERICA FUND AFFORDABLE HOUSING PARTNERS 107 (3191329) | 5 | LOS ANGELES | CA | Domestic Entity Other |
| 8 | ---* INDIANA CAPITAL FUND FOR HOUSING LP I (3191347) | 5 | INDIANAPOLIS | IN | Domestic Entity Other |
| 9 | ----* LANCASTER APARTMENTS LIMITED PARTNERSHIP (3199633) | 8 | GARY | IN | Domestic Entity Other |
| 10 | ----* VILLAGE CROSSING HOUSING PARTNERS, LP (3279179) | 8 | GREENWOOD | IN | Domestic Entity Other |
| 11 | ----* ADAM H. BARTEL SENIOR HOUSING, LP. (3432844) | 8 | RICHMOND | IN | Domestic Entity Other |
| 12 | ----* HILLTOP FARMS PHASE II, LP. (3432853) | 8 | MIAMI | IN | Domestic Entity Other |
| 13 | ----* NAPPANEE CENTRAL SCHOOL, LP. (3432871) | 8 | ELKART | IN | Domestic Entity Other |
| 14 | ----* NORTH HARBOR APARTMENTS, LP. (3432880) | 8 | EAST CHICAGO | IN | Domestic Entity Other |
| 15 | ----* PIKE LAKE POINTE, LP. (3432899) | 8 | WARSAW | IN | Domestic Entity Other |
| 16 | ----* PIONEER CREEK APARTMENTS, LP. (3432901) | 8 | MITCHELL | IN | Domestic Entity Other |
| 17 | ----* NORTH SHAPLEIGH APARTMENTS, LP. (3432910) | 8 | FORT WAYNE | IN | Domestic Entity Other |
| 18 | ----* TOWNE VILLAGE APARTMENTS, LP. (3432929) | 8 | LIGONIER | IN | Domestic Entity Other |
| 19 | ----* WILLOW TRACE APARTMENTS, LP. (3432938) | 8 | RISING SUN | IN | Domestic Entity Other |
| 20 | ---* JACKSON HOMES HARTNERS LTD. (3191365) | 5 | CHILLICOTHE | OH | Domestic Entity Other |
| 21 | ---* CANNERY AT WEBSTER STATION, LTD, THE (3191374) | 5 | DAYTON | OH | Domestic Entity Other |

* Institutions Matching Selection Rule.

+ For purposes of Regulation Y, the top-tier reporter's ownership level in this banking organization does not meet the definition of "control"; however, the ownership level does meet the FR Y-10 reportability criteria as this banking relationship is regulated by the Federal Reserve.

^ Although this relationship is not governed by U.S. banking statutes, it is included because it is of interest to the Federal Reserve.

**Exhibit B**

Report created: 9/18/2018

## FIFTH THIRD BANCORP (1070345)
### as of 01/01/2006

Hierarchy report with the following institution types: Commercial Bank, Cooperative Bank, Credit Union, Edge/Agreement Corporation, Financial Holding Company, Holding Company, Industrial Bank, Insurance Co. Broker/Agent/Underwriter, Nondepository Trust Company, Other Company, Savings Bank, Savings and Loan Association, the Securities Broker/Dealer/Underwriter, Farm Credit System Institution, and Savings and Loan Holding Company

| Seq Num | Name (RSSD ID) | Parent Seq | City | State or Country | Entity Type |
|---|---|---|---|---|---|
| 485 | ---* FIFTH THIRD MORTGAGE INSURANCE REINSURANCE COMPANY (2755247) | 472 | BURLINGTON | VT | Domestic Entity Other |
| 486 | ---* FIFTH THIRD HOLDINGS, LLC (2971878) | 472 | ROLLING MEADOWS | IL | Domestic Entity Other |
| 487 | ---* FIFTH THIRD ASSET MANAGEMENT, INC. (3025367) | 472 | CLEVELAND | OH | Securities Broker/Dealer |
| 488 | --* ELBURN/ MEADOWS LP (3191066) | 2 | MADISON | WI | Domestic Entity Other |
| 489 | --* FIRST NATIONAL BANKSHARES STATUTORY TRUST I (3269479) | 2 | NAPLES | FL | Domestic Entity Other |
| 490 | --* FIRST NATIONAL BANKSHARES STATUTORY TRUST II (3269488) | 2 | NAPLES | FL | Domestic Entity Other |
| 491 | --* FIFTH THIRD CAPITAL TRUST I (3335271) | 2 | WILMINGTON | DE | Domestic Entity Other |
| 492 | --* FIFTH THIRD BANK (913940) | 2 | GRAND RAPIDS | MI | State Member Bank |
| 493 | ---* OLD KENT MORTGAGE SERVICES, INC. (2168142) | 492 | GRAND RAPIDS | MI | Domestic Entity Other |
| 494 | ----* FIFTH THIRD MORTGAGE-MI, LLC (3072606) | 493 | GRAND RAPIDS | MI | Domestic Entity Other |
| 495 | ---* OLD KENT INVESTMENT CORPORATION (2592853) | 492 | LAS VEGAS | NV | Domestic Entity Other |
| 496 | ---* COMMUNITY FINANCIAL SERVICES, INC. (2649757) | 492 | MICHIGAN CITY | IN | Domestic Entity Other |
| 497 | ----* PEDCOR INVESTMENTS-1994 XX, L.P., AN INDIANA CORPORATION (2687320) | 496 | MICHIGAN CITY | IN | Domestic Entity Other |
| 498 | ---* HOME EQUITY OF AMERICA, INC. (2971869) | 492 | SAINT JOSEPH | MI | Domestic Entity Other |
| 499 | ----* FIFTH THIRD FUNDING, LLC (3220032) | 498 | GRAND RAPIDS | MI | Domestic Entity Other |
| 500 | ---* + ^ FIFTH THIRD MORTGAGE-MI, LLC (3072606) | 492 | GRAND RAPIDS | MI | Domestic Entity Other |
| 501 | ---* GNB MANAGEMENT LLC (3090374) | 492 | ROLLING MEADOWS | IL | Domestic Entity Other |
| 502 | ----* GNB REALTY LLC (3090383) | 501 | ROLLING MEADOWS | IL | Domestic Entity Other |
| 503 | ----* FNB INVESTMENT COMPANY (3091175) | 501 | NAPLES | FL | Domestic Entity Other |

\* Institutions Matching Selection Rule.

+ For purposes of Regulation Y, the top-tier reporter's ownership level in this banking organization does not meet the definition of "control"; however, the ownership level does meet the FR Y-10 reportability criteria as this banking relationship is regulated by the Federal Reserve.

^ Although this relationship is not governed by U.S. banking statutes, it is included because it is of interest to the Federal Reserve.

Report created: 9/18/2018

## FIFTH THIRD BANCORP (1070345)
### as of 01/01/2006

Hierarchy report with the following institution types: Commercial Bank, Cooperative Bank, Credit Union, Edge/Agreement Corporation, Financial Holding Company, Holding Company, Industrial Bank, Insurance Co. Broker/Agent/Underwriter, Nondepository Trust Company, Other Company, Savings Bank, Savings and Loan Association, the Securities Broker/Dealer/Underwriter, Farm Credit System Institution, and Savings and Loan Holding Company

| Seq Num | Name (RSSD ID) | Parent Seq | City | State or Country | Entity Type |
|---|---|---|---|---|---|
| 504 | —* FIFTH THIRD FUNDING, LLC (3220032) | 492 | GRAND RAPIDS | MI | Domestic Entity Other |
| 505 | —* FIFTH THIRD AUTO FUNDING, LLC (3273748) | 492 | KENTWOOD | MI | Domestic Entity Other |
| 506 | —* + ^ FIFTH THIRD COMPANY, THE (1070402) | 2 | CINCINNATI | OH | Domestic Entity Other |
| 507 | —* OLD KENT FINANCIAL LIFE INSURANCE COMPANY (1088377) | 2 | GRAND RAPIDS | MI | Domestic Entity Other |
| 508 | —* FIFTH THIRD BANK, N.A. (1408069) | 2 | FRANKLIN | TN | National Bank |
| 509 | —* FIFTH THIRD INVESTMENT COMPANY (1440694) | 2 | CINCINNATI | OH | Domestic Entity Other |
| 510 | —* FIFTH THIRD TRADE SERVICES LIMITED (2402783) | 509 | KOWLOON | HONG KONG | International Nonbank Sub of Domestic Entities |
| 511 | —* PLEASANT PROSPECT HOUSING LIMITED DIVIDEND ASSOCIATION LIMITED PARTNERSHIP (2084572) | 2 | GRAND RAPIDS | MI | Domestic Entity Other |
| 512 | —* GRAND RAPIDS HOPE LIMITED PARTNERSHIP (2084590) | 2 | GRAND RAPIDS | MI | Domestic Entity Other |

Total Records: 512      (with 494 unique institutions)

\* Institutions Matching Selection Rule.

+ For purposes of Regulation Y, the top-tier reporter's ownership level in this banking organization does not meet the definition of "control"; however, the ownership level does meet the FR Y-10 reportability criteria as this banking relationship is regulated by the Federal Reserve.

^ Although this relationship is not governed by U.S. banking statutes, it is included because it is of interest to the Federal Reserve.