UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                                    Case No: 15-20382
                                                       Honorable Victoria A. Roberts

PAUL NICOLETTI,

    Defendant.

_____/

**ORDER DENYING MOTION FOR REHEARING OR RECONSIDERATION [DOC. 99]**

       Defendant filed a Motion for Rehearing or Reconsideration. The Court required the Government to respond.

       Defendant's motion presents the same issues already ruled on by the Court. Further, the Defendant has failed to demonstrate a palpable defect by which the Court and the parties have been misled. L.R. 7(g)(3).

       For these reasons, the motion is **DENIED**.

       **IT IS SO ORDERED**.

                                                               s/ Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Judge

Dated: October 9, 2018