UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 15-20382
                                         Honorable Victoria A. Roberts

PAUL NICOLETTI,

    Defendant.

_____/

## ORDER GRANTING MOTION IN LIMINE

Inasmuch as Defendant does not oppose the Government's motion in limine regarding the "hopes and dreams" defense outlined in the Government's papers, the Government's motion in limine is **GRANTED**.

    **IT IS ORDERED**.

                                                              s/ Victoria A. Roberts
                                                              Victoria A. Roberts
                                                              United States District Judge

Dated:  4/2/19