UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

        Plaintiff,

vs.

D-1 PAUL NICOLETTI,

        Defendant.
_____/

Case No. 15-cr-20382

HON. VICTORIA A. ROBERTS

## VERDICT FORM

We, the jury in the above-entitled case, hereby find the defendant, Paul Nicoletti:

As to Count One (Conspiracy to Commit Bank Fraud):

    ☒ GUILTY      ☐ NOT GUILTY

As to Count Two (Bank Fraud, Aiding and Abetting, 3935 Quarton Road – Stephanie Glover):

    ☒ GUILTY      ☐ NOT GUILTY

As to Count Three (Bank Fraud, Aiding and Abetting, 3941 Quarton Road – Chenzira Maples):

    ☒ GUILTY      ☐ NOT GUILTY

1

As to Count Four (Bank Fraud, Aiding and Abetting, Vacant Lone Pine Court – Scott Lucia):

☒ GUILTY          ☐ NOT GUILTY

So say we all.

S/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

S/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Dated: 5/7/19

2