UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

   Plaintiff,

-vs-

**PAUL NICOLETTI**,

   Defendant.

File No. **15-cr-20382-01**

Honorable **Victoria A. Roberts**

## STIPULATED ORDER TO ALLOW TRAVEL OUTSIDE THE EASTERN DISTRICT OF MICHIGAN

**IT IS HEREBY STIPULATED** by defendant PAUL NICOLETTI, represented by JAMES C. HOWARTH, and the United States Government, represented by CRAIG WEIER, assistant U.S. Attorney, that Paul Nicoletti be allowed to travel to Milwaukee, Wisconsin from May 21, 2019 and return to Detroit, Michigan on May 30, 2019, for the purpose of caring for his granddaughter during that time period. The approval for this trip was sought from Pretrial Services Officer, David Nicoloff and that approval has been given.

/s/ *Craig A. Weier*  w/consent 05/10/2019
**CRAIG A. WEIER (P33261)**
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9678
Email: craig.weier@usdoj.gov

/s/ James C. Howarth
**JAMES C. HOWARTH (P15179)**
Attorney for Defendant
615 Griswold, Suite 820
Detroit, Michigan 48226
Phone: (313) 963-1455
Email: james-howarth@att.net

**IT IS SO ORDERED**

Dated: 5/14/19

s/ Victoria A. Roberts
**HONORABLE VICTORIA A. ROBERTS**