PS8
(8/88)

# United States District Court
for the
## Eastern District of Michigan

U.S.A. vs. **NICOLETTI, Paul**　　　　　　　　　　　　　　　　　Docket No. 15-20382-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW David E. Nicoloff, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant NICOLETTI, Paul, who was placed under pretrial release supervision on a $10,000 Unsecured Bond by the Honorable R. Steven Whalen sitting in the court at Detroit, Michigan, on September 18, 2015, under the following conditions:

1. Report to Pretrial Services as directed
2. Travel Restricted to the continental United States
3. Surrender any passport to Pretrial Services by noon on September 21, 2015 by 4:00pm
4. Do not obtain a passport or other international travel documents
5. Get medical or psychiatric treatment
6. Do not possess a firearm, destructive device, or other dangerous weapon
7. Surrender Concealed Pistol License to Pretrial Services by noon on September 21, 2015 by 4:00pm

**Respectfully presenting petition for action of court and for cause as follows**:

Pretrial Services was notified that additional bond conditions were put on the record after the defendant was found guilty. These conditions included travel restricted to the Eastern District of Michigan, the defendant must notify the State Bar of Michigan of his conviction, the defendant must refrain from the practice of law anywhere in the United States, and execute release for medical records.

**PRAYING THAT THE COURT WILL ORDER** the addition to the defendant's bond conditions of restricted travel to the Eastern District of Michigan, the defendant must notify the State Bar of Michigan of his conviction by June 30, 2019, the defendant must refrain from the practice of law anywhere in the United States, and the defendant must execute release for medical records.

ORDER OF COURT

Considered and ordered this 14 day of May, 2019 and ordered filed and made a part of the records in the above case.

s/ Victoria A. Roberts

United States District Judge Victoria A. Roberts

I Declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2019

_____/s/ David Nicoloff_____

U.S. Pretrial Services Officer
Place: Detroit, Michigan
Date: May 9, 2019