## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff,        Case No:  2:15-cr-20382
-v-                                           Honorable Victoria Roberts
                                                  Magistrate Judge Elizabeth Stafford

D-1 PAUL NICOLETTI,

                      Defendant.

## STIPULATION TO
## SUBSTITUTION OF ATTORNEYS
_____

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the defendant and the defendant that attorney PAUL J. STABLEIN, shall be substituted as the retained attorney for Defendant, PAUL NICOLETTI, in the place of JAMES C. HOWARTH, in the above-captioned matter.

                                                    /s/James C. Howarth – with permission/PJS
                                                    Law Offices of James C. Howarth
                                                    615 Griswold St Ste 820
                                                    Detroit, MI 48226-3983
                                                    (313) 963-1455
                                                    James-Howarth@att.net

/s/Paul Stablein
Paul Stablein
Paul Stablein, PLLC
380 N. Old Woodward Avenue
Suite 320
Birmingham, MI 48009
(248) 540-1600
PaulStablein@StableinLaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,        Case No:  2:15-cr-20382
-v-                                                   Honorable Victoria Roberts
                                                       Magistrate Judge Elizabeth Stafford

D-1 PAUL NICOLETTI,

                    Defendant.

## **ORDER FOR SUBSTITUTION OF ATTORNEYS**

Upon reading and filing the above Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that PAUL J. STABLEIN, shall be substituted in the place of JAMES C. HOWARTH, as Attorney for Defendant, PAUL NICOLETTI, in the above cause.

**IT IS SO ORDERED.**

                                                        s/ Victoria A. Roberts
                                                      **The Honorable Victoria Roberts**
                                                      **United States District Court Judge**

Entered:  5/20/19