# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-v-

D-1 PAUL NICOLETTI,

          Defendant.

Case No: 2:15-cr-20382
Honorable Victoria Roberts
Magistrate Judge Elizabeth Stafford

| | |
|---|---|
| Craig Weier<br>United States Attorneys Office<br>Assistant United States Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9678<br>Craig.Weier@usdoj.gov | Paul J. Stablein<br>Paul Stablein, PLLC<br>Attorney for Defendant<br>380 North Old Woodward Ave, Ste 320<br>Birmingham, Michigan 48009<br>(248) 540-1600<br>PaulStablein@StableinLaw.com |

## STIPULATION TO
## EXTEND TIME IN WHICH TO FILE
## MOTION FOR JUDGMENT OF ACQUITTAL

_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the Defendant, PAUL NICOLETTI, be granted an additional 28 days in which to file his motion for judgment of acquittal pursuant to Fed. R. Crim. P. 29(c).

| | |
|---|---|
| /s/Craig Weier w/permission PJS<br>Craig Weier<br>United States Attorneys Office<br>Assistant United States Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9678<br>Craig.Weier@usdoj.gov | /s/Paul J. Stablein<br>Paul Stablein<br>Paul Stablein, PLLC<br>Attorney for Defendant<br>380 N Old Woodward Ave, Ste 320<br>Birmingham, Michigan 48009<br>(248) 540-1600<br>PaulStablein@StableinLaw.com |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

D-1 PAUL NICOLETTI,

                Defendant.

Case No: 2:15-cr-20382
Honorable Victoria Roberts
Magistrate Judge Elizabeth Stafford

| Craig Weier | Paul J. Stablein |
|---|---|
| United States Attorneys Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 380 North Old Woodward Ave, Ste 320 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9678 | (248) 540-1600 |
| Craig.Weier@usdoj.gov | PaulStablein@StableinLaw.com |

## **ORDER**

Upon the filing and reading of the above Stipulation, and the Court being fully advised in the premises;

IT IS ORDERED that the Defendant, Paul J. Nicoletti, be granted an additional 28 days in which to file his motion for judgment of acquittal pursuant Fed. R. Crim. P. 29(c). Said motion will be timely filed on or before June 18, 2019.

      **IT IS SO ORDERED.**

                              s/ Victoria A. Roberts
                              **The Honorable Victoria Roberts**
                              **United States District Court Judge**

Entered: 5/22/19