UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

D-1 PAUL NICOLETTI,

          Defendant.
_____/

Case No. 15-cr-20382

HONORABLE VICTORIA A. ROBERTS

STIPULATION TO EXTEND TIME IN WHICH TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL (Doc. No. 139)

The parties, through their undersigned counsel, hereby stipulate that the government may file its response to Defendant's Motion for Judgment of Acquittal (Doc. No. 139) on or before July 19, 2019, and the defendant may file its reply on or before July 29, 2019.

| | |
|---|---|
| s/Craig A. Weier | s/Paul J. Stablein w/consent CAW |
| Craig A. Weier | Paul J. Stablein |
| Assistant United States Attorney | Attorney for Paul Nicoletti |
| 211 W. Fort Street, Ste. 2001 | 380 N. Old Woodward Ave., Ste. 320 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9678 | (248) 540-1600 |
| craig.weier@usdoj.gov | PaulStablein@StableinLaw.com |

Date: June 27, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                        Case No. 15-cr-20382

          Plaintiff,

vs.                                   Honorable Victoria A. Roberts

D-1 PAUL NICOLETTI,

          Defendant.
_____/

ORDER EXTENDING TIME IN WHICH TO FILE A RESPONSE TO
DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL (Doc. No. 139)

      Pursuant to the stipulation of the parties dated June 27, 2019, and the Court being otherwise fully advised in the premises;

      IT IS ORDERED that the government be permitted to file its response to the defendant's Motion for Judgment of Acquittal on or before July 19, 2019, with a reply, if any, to be filed on or before July 29, 2019.

      SO ORDERED.

                                                    s/ Victoria A. Roberts
                                                    Honorable Victoria A. Roberts
                                                    United States District Judge

Dated: July 1, 2019