# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No: 2:15-cr-20382

-v-                            Honorable Victoria Roberts

D-1 PAUL NICOLETTI,    Magistrate Judge Elizabeth Stafford

        Defendant.

| | |
|---|---|
| Craig Weier | Paul J. Stablein |
| United States Attorneys Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 380 North Old Woodward Ave, Ste 320 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9678 | (248) 540-1600 |
| Craig.Weier@usdoj.gov | PaulStablein@StableinLaw.com |

## STIPULATION TO
## EXTEND TIME IN WHICH TO SUBMIT OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT, FILE SENTENCING MEMORANDA AND CONTINUE DATE FOR SENTENCING

    IT IS HEREBY STIPULATED AND AGREED by and between the parties that the sentencing in this matter, if needed following the Court's decision on the Defendant's motion for judgment of acquittal, be continued to December 12, 2019 at 3:00PM and that the parties' objections to the presentence investigation report be submitted no later than November 8, 2019 and that sentencing memoranda be filed no later than November 22, 2019.

| | |
|---|---|
| /s/Craig Weier w/permission PJS | /s/Paul J. Stablein |
| Craig Weier | Paul Stablein |
| United States Attorneys Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

D-1 PAUL NICOLETTI,

                Defendant.

Case No: 2:15-cr-20382
Honorable Victoria Roberts
Magistrate Judge Elizabeth Stafford

| | |
|---|---|
| Craig Weier<br>United States Attorneys Office<br>Assistant United States Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9678<br>Craig.Weier@usdoj.gov | Paul J. Stablein<br>Paul Stablein, PLLC<br>Attorney for Defendant<br>380 North Old Woodward Ave, Ste 320<br>Birmingham, Michigan 48009<br>(248) 540-1600<br>PaulStablein@StableinLaw.com |

## **ORDER**

Upon the filing and reading of the above Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the sentencing in this matter be continued to December 12, 2019 at 3:00PM and that the parties' objections to the presentence investigation report be submitted no later than November 8, 2019 and that sentencing memoranda be filed no later than November 22, 2019.

**IT IS SO ORDERED.**

s/ Victoria A. Roberts
**The Honorable Victoria Roberts**
**United States District Court Judge**

Entered:  9/10/19