# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

D-1 PAUL NICOLETTI,

                Defendant.

Case No: 2:15-cr-20382
Honorable Victoria Roberts
Magistrate Judge Elizabeth Stafford

| | |
|---|---|
| Craig Weier<br>United States Attorneys Office<br>Assistant United States Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9678<br>Craig.Weier@usdoj.gov | Paul J. Stablein<br>Paul Stablein, PLLC<br>Attorney for Defendant<br>380 North Old Woodward Ave, Ste 320<br>Birmingham, Michigan 48009<br>(248) 540-1600<br>PaulStablein@StableinLaw.com |

## STIPULATION TO EXTEND TIME IN WHICH TO SUBMIT SENTENCING MEMORANDUM

_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the due date for defendant's sentencing memorandum be extended from Thursday, January 16, 2020, to Monday, January 20, 2020.

/s/Craig Weier w/permission PJS
Craig Weier
United States Attorneys Office
Assistant United States Attorney

/s/Paul J. Stablein
Paul Stablein
Paul Stablein, PLLC
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

D-1 PAUL NICOLETTI,

        Defendant.

Case No: 2:15-cr-20382
Honorable Victoria Roberts
Magistrate Judge Elizabeth Stafford

| | |
|---|---|
| Craig Weier<br>United States Attorneys Office<br>Assistant United States Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9678<br>Craig.Weier@usdoj.gov | Paul J. Stablein<br>Paul Stablein, PLLC<br>Attorney for Defendant<br>380 North Old Woodward Ave, Ste 320<br>Birmingham, Michigan 48009<br>(248) 540-1600<br>PaulStablein@StableinLaw.com |

## **ORDER**

Upon the filing and reading of the above Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the defendant shall file his sentencing memorandum on or before January 20, 2020.

**IT IS SO ORDERED.**

                              s/ Victoria A. Roberts
                              **The Honorable Victoria Roberts**
                              **United States District Court Judge**

Entered: 1/17/2020