# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-v-

D-1 PAUL NICOLETTI,

          Defendant.

Case No: 2:15-cr-20382
Honorable Victoria Roberts
Magistrate Judge Elizabeth Stafford

| | |
|---|---|
| Craig Weier<br>United States Attorneys Office<br>Assistant United States Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9678<br>Craig.Weier@usdoj.gov | Paul J. Stablein<br>Paul Stablein, PLLC<br>Attorney for Defendant<br>380 North Old Woodward Ave<br>Ste 320<br>Birmingham, Michigan 48009<br>(248) 540-1600<br>PaulStablein@StableinLaw.com |

## NOTICE OF APPEAL

Notice is hereby given that PAUL NICOLETTI, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment of sentence entered in this action on the 30th day of January 2020.

                                  Respectfully submitted,

                                  /s/Paul Stablein_____

                                                    Paul J. Stablein (P42544)
Paul Stablein, PLLC
Attorney for Defendant Elaine Lovett
39520 Woodward Ave., Suite 230
Bloomfield Hills, Michigan 48304
(248) 540-1600
Email: paulstablein@stableinlaw.com

Dated:       February 12, 2020