# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,        Case No: 2:15-cr-20382

-v-                                     Honorable Victoria Roberts

D-1 PAUL NICOLETTI,       Magistrate Judge Elizabeth Stafford

                Defendant.

| Craig Weier | Paul J. Stablein |
|---|---|
| United States Attorneys Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 380 North Old Woodward Ave, Ste 320 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9678 | (248) 540-1600 |
| Craig.Weier@usdoj.gov | PaulStablein@StableinLaw.com |

## STIPULATION TO
## EXTEND DATE FOR VOLUNTARY
## SURRENDER TO THE BUREAU OF PRISONS

_____

     Mr. Nicoletti received notice on March 3, 2020, from the Bureau of Prisons to surrender at FCI Morgantown, Morgantown, WV, on March 19, 2020;

     Mr. Nicoletti is scheduled for neck surgery on March 17, 2020, at William Beaumont Hospital, Royal Oak, Michigan;

     IT IS STIPULATED that Mr. Nicoletti's surrender date be extended to on or after April 9, 2020.

| /s/Craig Weier w/permission PJS | /s/Paul J. Stablein |
|---|---|
| Craig Weier | Paul Stablein |

| | |
|---|---|
| United States Attorneys Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

-v-

D-1 PAUL NICOLETTI,

            Defendant.

Case No: 2:15-cr-20382
Honorable Victoria Roberts
Magistrate Judge Elizabeth Stafford

| Craig Weier | Paul J. Stablein |
|---|---|
| United States Attorneys Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 380 North Old Woodward Ave, Ste 320 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9678 | (248) 540-1600 |
| Craig.Weier@usdoj.gov | PaulStablein@StableinLaw.com |

## **ORDER**

Upon stipulation of the parties;

Defendant's voluntary surrender date to the facility designated by the Bureau of Prisons is extended to a date on or after April 9, 2020.

**IT IS ORDERED.**

            s/ Victoria A. Roberts
            **The Honorable Victoria Roberts**
            **United States District Court Judge**

Entered: 3/6/2020