# Exhibit A



## FUNDING NOTIFICATION

Fifth Third Mortgage Company funded the transaction by means of:

           Wire Transfer:

           Advice of Credit:   X

           Official Check:

| | |
|---|---|
| ACCOUNT NAME: | Continental Title |
| FAX: | (248) 203-2968 |
| ACCOUNT NUMBER: (if advice of credit) | 7911204993 |
| BANK NAME-ABA NUMBER ACCOUNT NUMBER (if wire transfer) | |
| CHECK NUMBER: | |
| RE: NAME: | Mercedes Turon |
| LOAN NUMBER: | 400743696 |
| AMOUNT FUNDED: | $1,615,250.17 |
| DATE FUNDED: | May 03, 2005 |

Page 1 of 1        7/15/03

Fifth Third/Hance
FTB11010

THIS DOCUMENT IS SUBJECT T[O]
PROTECTIVE ORDER ENTERE[D]
SEPTEMBER 27, 2006

**EXHIBIT 16**



# FUNDING NOTIFICATION

Fifth Third Mortgage Company funded the transaction by means of:

|  |  |
|---|---|
| Wire Transfer: |  |
| Advice of Credit: | X |
| Official Check: |  |

ACCOUNT NAME: Continental Title

FAX: (248) 203-2968

ACCOUNT NUMBER: 7911204993
(if advice of credit)

BANK NAME-ABA NUMBER
ACCOUNT NUMBER
(if wire transfer)

CHECK NUMBER:

RE: NAME: Floyd Anderson III

LOAN NUMBER: 400824272

AMOUNT FUNDED: $1,253,403.55

DATE FUNDED: May 26, 2005

Page 1 of 1     7/15/03

Fifth Third/Hance
FTB10242

THIS DOCUMENT IS SUBJECT TO A PROTECTIVE ORDER ENTERED ON SEPTEMBER 27, 2006

CONFIDENTIAL

08/18/2005  15:03    2486030681            FIFTH THIRD EAST MI            PAGE  02/02



# FUNDING NOTIFICATION

Fifth Third Mortgage Company funded the transaction by means of:

|  |  |  |
|---|---|---|
|  | Wire Transfer: |  |
|  | Advice of Credit: | X |
|  | Official Check: |  |

ACCOUNT NAME:         Continental Title

FAX:                  (248) 203-2968

ACCOUNT NUMBER:       ▓▓▓▓4993
(if advice of credit)

BANK NAME-ABA NUMBER
ACCOUNT NUMBER
(if wire transfer)

CHECK NUMBER:

RE: NAME:             Roselene Langhorne

LOAN NUMBER:          401211404

AMOUNT FUNDED:        $553,763.55

DATE FUNDED:          August 18, 2005

Page 1 of 1

7/15/03
THIS DOCUMENT IS SUBJECT TO A
PROTECTIVE ORDER ENTERED ON

SEP 27 2006

2

 Fifth Third Mortgage

# FUNDING NOTIFICATION

Fifth Third Mortgage Company funded the transaction by means of:

|  |  |
|---|---|
| Wire Transfer: |  |
| Advice of Credit: | X |
| Official Check: |  |

ACCOUNT NAME:        Continental Title

FAX:                 (248) 203-2968

ACCOUNT NUMBER:      7911204993
(if advice of credit)

BANK NAME-ABA NUMBER
ACCOUNT NUMBER
(if wire transfer)

CHECK NUMBER:

RE: NAME:            Stephanie P Glover

LOAN NUMBER:         401216171

AMOUNT FUNDED:       $1,711,143.55

DATE FUNDED:         August 30, 2005




Fifth Third Mortgage

# FUNDING NOTIFICATION

Fifth Third Mortgage Company funded the transaction by means of:

|  |  |
|---|---|
| Wire Transfer: |  |
| Advice of Credit: | X |
| Official Check: |  |

ACCOUNT NAME:        Continental Title

FAX:        (248) 203-2968

ACCOUNT NUMBER:        7911204993
(if advice of credit)

BANK NAME-ABA NUMBER
ACCOUNT NUMBER
(if wire transfer)

CHECK NUMBER:

RE: NAME:        Michael Bossenbery

LOAN NUMBER:        401443890

AMOUNT FUNDED:        $1,662,862.34

DATE FUNDED:        October 04, 2005

Page 1 of 1        Fifth Third/Hance
FTB09988        7/15/03

THIS DOCUMENT IS SUBJECT TO A
PROTECTIVE ORDER ENTERED ON
SEPTEMBER 27, 2006

CONFIDENTIAL

10/18/2005  06:44    2486030681              FIFTH THIRD EAST MI              PAGE  01/01

 Fifth Third Mortgage

# FUNDING NOTIFICATION

Fifth Third Mortgage Company funded the transaction by means of:

|  |  |
|---|---|
| Wire Transfer: |  |
| Advice of Credit: | X |
| Official Check: |  |

ACCOUNT NAME:  Continental Title

FAX:  (248) 203-2968

ACCOUNT NUMBER:  7911204993
(if advice of credit)

BANK NAME-ABA NUMBER
ACCOUNT NUMBER
(if wire transfer)

CHECK NUMBER:

RE: NAME  Chenzira Maples

LOAN NUMBER:  401463518

AMOUNT FUNDED:  $1,385,959.00

DATE FUNDED:  October 18, 2005

Page 1 of 1                              7/15/03

1



 **Fifth Third Mortgage**

## BORROWER'S FUNDS AGREEMENT

CLOSING DATE:   10/21/05

BORROWER NAME(S):  Scott P Lucia

PROPERTY ADDRESS:  Lone Pine Ct, Bloomfield Hills, MI  48304

LOAN NUMBER:   401460811

For the construction of residential property at the address listed above, the borrower(s) acknowledge and agree that the funds for construction will come from the Loan in Process account (L.I.P.), established at the time of closing with Fifth Third Mortgage Company. The L.I.P. account consists of the following:

| | |
|---|---|
| Fifth Third Mortgage Company (Loan Amount) | 3,570,000.00 |
| Borrower funds (paid to Fifth Third Mortgage Company*) | |
| Draw at loan closing (if funds were drawn from the loan amount) | $1,824,156.05 |
| TOTAL FUNDS HELD IN L.I.P. ACCOUNT AT CLOSING | $1,708,920.00 |

*Does not include borrower funds paid prior to the closing (earnest money deposit) or borrower funds paid at the loan closing toward the first draw (either in full or in part).

_____   10-21-2005
Scott P Lucia                         Date

_____
                                      Date

_____
                                      Date

_____
                                      Date

Fifth Third/Hance
FTB11960

THIS DOCUMENT IS SUBJECT TO A
PROTECTIVE ORDER ENTERED ON
SEPTEMBER 27, 2006

CONFIDENTIAL