## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

PAUL NICOLETTI,

        Defendant.

Case No: 2:15-cr-20382
Honorable Victoria Roberts
Magistrate Judge Elizabeth Stafford
Civil Case No: 2-21-cv-10218

---

| | |
|---|---|
| Craig Weier<br>United States Attorneys Office<br>Assistant United States Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9678<br>Craig.Weier@usdoj.gov | Paul J. Stablein<br>Paul Stablein, PLLC<br>Attorney for Defendant<br>380 North Old Woodward Ave<br>Ste 320<br>Birmingham, Michigan 48009<br>(248) 540-1600<br>PaulStablein@StableinLaw.com |

---

## NOTIFICATION OF ADDRESS CORRECTION

NOW COMES the Defendant, Paul Nicoletti, pursuant to this Court's Notice dated February 2, 2021 (ECF No. 197) and notifies the court as follows with regard to an address correction.

                                                Respectfully submitted,

                                                */s/ Paul Nicoletti*

                                                Paul Nicoletti
                                                In Pro Per
                                                7474 Port Austin Road

                                                                                   Caseville, Michigan 48725
                                                                                   (989) 550-5050
                                                                                   Email: pauljnicoletti@gmail.com

Dated: February 13, 2021