15-20382

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. - ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

RECEIVED
FEB 22 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
3 FEB 2021 PM 10 L

**RETURN TO SENDER**

___ UNKNOWN: NEED NAME AND/OR CORRECT NUMBER

___ UNAUTHORIZED CORRESPONDENCE: INMATE TO INMATE NEEDS APPROVAL FROM BOTH WARDENS

___ NO AUTHORIZATION ON FILE: OVER 1 LB WITH UNKNOWN UNKNOWN CONTENTS & NO AUTHORIZATION TO RECEIVE

✓ INMATE IS NOT LO...

___ LABELS AND STICK...

___ COLORED ENVELO...

NIXIE

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                        Plaintiff,

v.                                                Case No. 2:15-cr-20382-VAR-MKM
                                                Hon. Victoria A. Roberts

Paul Nicoletti,

                        Defendant(s),

## NOTICE REGARDING PARTIES' RESPONSIBILITY
## TO NOTIFY COURT OF ADDRESS CHANGE

**THIS NOTICE IS A REMINDER** that you are required, pursuant to E.D. Mich. LR 11.2, to promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever your address, e-mail address, phone number and/or other contact information changes. In addition, Rule 11 of the Federal Rules of Civil Procedure requires you to include your address on every document filed with the Clerk.

Failure to promptly notify the court of a change in address or other contact information may result in a **delay of your proceedings.**

Notices regarding changes to your address or other contact information should include the following:

- Your Name
- Your New Address
- Your New E-Mail Address and/or Telephone Number
- Your Case Number
- If you are a prisoner, your Inmate Number

Send your notice to the Clerk at:

United States District Court
Clerk's Office
231 Lafayette Boulevard
Detroit, Michigan 48226

Remember, your failure to promptly notify the court of a change in address or other contact information may result in a **delay of your proceedings.**

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                By: s/K Castaneda
                                      Deputy Clerk

Dated: February 2, 2021