**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

|                     |                                           |
|---------------------|-------------------------------------------|
| Plaintiff,          | Case No:  2:15-cr-20382                   |
| -v-                 | Honorable Victoria Roberts                |
| D-1 PAUL NICOLETTI, | Magistrate Judge Elizabeth Stafford       |
|                     |                                           |
| Defendant.          |                                           |

| | |
|---|---|
| Craig Weier | Paul J. Stablein |
| United States Attorneys Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 380 North Old Woodward Ave, Ste 320 |
| Detroit, Michigan 48226 | |
| (313) 226-9678 | Birmingham, Michigan 48009 |
| Craig.Weier@usdoj.gov | (248) 540-1600 |
| | PaulStablein@StableinLaw.com |

**STIPULATION TO**
**EXTEND DATE FOR VOLUNTARY**
**SURRENDER TO THE BUREAU OF PRISONS**
_____

WHEREAS Mr. Nicoletti has received notice from the Bureau of Prisons to surrender at FCI Morgantown, Morgantown, WV, on April 1, 2021;

WHEREAS Mr. Nicoletti underwent left knee arthroscopy with partial medial meniscectomy and chondroplasty surgery on March 10, 2021, performed by Dr. Leonardo Cavinatto, and that Mr. Nicoletti will require four to six weeks of physical therapy;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Mr. Nicoletti's surrender date be extended to on or after May 3, 2021.

/s/Craig Weier w/permission PJS          /s/Paul J. Stablein
Craig Weier                              Paul Stablein
United States Attorneys Office           Paul Stablein, PLLC
Assistant United States Attorney         Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

|                          |                                                    |
|--------------------------|----------------------------------------------------|
| Plaintiff,               | Case No: 2:15-cr-20382                             |
| -v-                      | Honorable Victoria Roberts                          |
|                          | Magistrate Judge Elizabeth Stafford                 |
| D-1 PAUL NICOLETTI,      |                                                     |
| Defendant.               |                                                     |

| | |
|---|---|
| Craig Weier | Paul J. Stablein |
| United States Attorneys Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 380 North Old Woodward Ave, Ste 320 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9678 | (248) 540-1600 |
| Craig.Weier@usdoj.gov | PaulStablein@StableinLaw.com |

## **ORDER**

Based on the parties' stipulation, the Court extends Mr. Nicoletti's voluntary surrender date to on or after May 3, 2021.

**ORDERED.**

s/ Victoria A. Roberts
**The Honorable Victoria Roberts**
**United States District Court Judge**

Entered: 3/28/2021