UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL NICOLETTI,

    Defendant.
_____/

Case No: 15-20382
Honorable Victoria A. Roberts

## ORDER EXTENDING DATE FOR VOLUNTARY SURRENDER TO THE BOP [ECF No. 206]

Before the Court is Nicoletti's emergency motion for miscellaneous relief and for extension of time to reply to government's response to 28 US 2255 petition. [ECF No. 26]. Nicoletti asks that the Court allow him to file an amended 2255 petition, extend the briefing schedule on that motion, and extend the date that he surrenders himself to the BOP.

The Court **GRANTS** Nicoletti's emergency motion for miscellaneous relief. [ECF No. 206] and extends Nicoletti's BOP report date until September 30, 2021.

    **ORDERED**.

                                       S/ Victoria A. Roberts
                                       Victoria A. Roberts
                                       United States District Judge

Dated:  April 29, 2021