UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No.  15-20382

                                            Honorable Victoria A. .

PAUL NICOLETTI,

    Defendant.

_____/

### ORDER GRANTING EMERGENCY MOTION [ECF 210]

On April 27, 2021, Defendant filed an Emergency Motion to Compel the Clerk of the Court to Prepare and File an Amended Judgment Regarding Installment Payments.

The Court **GRANTS** the motion.  The Clerk of the Court will enter an Amended Judgment.  The United States Attorney Office, Financial Litigation Unit must release the wrongfully garnished Joint Tax Refund in the amount of $2,110.00

    **ORDERED**.

                                              s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated:  April 30, 2021