**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,                Case No. 2:15CR20382

v.                                  Hon. Victoria A. Roberts
                                       Magistrate Judge Elizabeth Stafford

PAUL NICOLETTI,
       Defendant.

---

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Pursuant to the Electronic Filing Policy and Procedures, please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

    x    *Add the following AUSA(s):*

        Name:    Jacqueline M. Hotz
        Telephone:    313-226-9108
        Fax:    313-226-2040
        Email address:    Jackie.Hotz@usdoj.gov

                                          By:    s/JACQUELINE M. HOTZ
                                                   Assistant U.S. Attorney
                                                   211 W. Fort St., Ste. 2001
                                                   Detroit, Michigan 48226
                                                   Phone: (313) 226-9108
                                                   E-mail: Jackie.Hotz@usdoj.gov
Dated: May 7, 2021                             MI Bar Number: P35219