**United States District Court**
**Eastern District of Michigan**
**Southern Division**

United States of America,

        Plaintiff,        Case No. 15-CR-20382

    v.        Honorable Victoria A. Roberts
                Magistrate Judge Elizabeth Stafford

D-1 Paul Nicoletti,

        Defendant.
_____/

**Index of Attachments for Government's Response In
Opposition to Defendant's Motion to Compel Production of Victim
Impact Statements and for an Accounting as to Restitution Amount
(ECF No. 223)**

1. Attachment One – Email with Attachment

2. Attachment Two – Restitution Balance