| | |
|---|---|
| **From:** | Weier, Craig (USAMIE) |
| **To:** | Paul J. Stablein |
| **Subject:** | FW: Nicoletti Restitution |
| **Date:** | Friday, January 3, 2020 10:11:00 AM |
| **Attachments:** | fifth third restitution.pdf |

Here is the chart we discussed by telephone a few minutes ago.

Craig

**From:** Weier, Craig (USAMIE)
**Sent:** Friday, November 22, 2019 10:26 AM
**To:** Turnbull, Charles <cturnbull@orlaw.com>
**Subject:** Nicoletti Restitution

Hey, Chuck, attached is the restitution synopsis that you provided earlier. Will you please double check it and update if necessary?
Thanks,
Craig

Craig A. Weier
AUSA, EDMI
(313) 226-9678

**Fifth Third's original loss from the six Continental Title Loans are as follows:**

| | | |
|---|---|---|
| 400743696 | Mercedes Turon | $1,620,000.00 |
| 400824272 | Floyd Anderson III | $1,258,740.00 |
| 401211404 | Roselene Langhorne | $ 574,350.00 |
| 401216171 | Stephanie P. Glover | $1,754,380.00 |
| 401460811 | Scott P. Lucia | $1,861,080.00 |
| 401463518 | Chenzira Maples | $1,374,380.00 |

**Total Loss Amount:**                                                  **$8,442,930.00**

**Fifth Third has recovered the following amounts from the sale of the above six properties:**

| | |
|---|---|
| Sale of Turon Property | $ 388,500.00 |
| Sale of Anderson Property | $ 185,000.00 |
| Sale of Langhorne Property | $ 225,000.00 |
| Sale of Glover Property | $ 75,000.00 |
| Sale of Lucia Property | $ 93,980.00 |
| Sale of Maples Property | $ 75,000.00 |
| | **$1,615,980.00** |

**Net loss after property recovery:**                               **$6,826,950.00**

**Fifth Third has recovered the following amounts in the civil litigation (by way of settlement or collection on judgments):**

| | |
|---|---|
| Anthony Reed | $ 3,500.00 |
| *Alan Lucia, Scott Lucia and Direct Financial Corp. | $ 200,203.06 |
| Michael Bossenberry | $ 15,000.00 |
| Robert Shumake | $ 250,995.96 |
| *Continental Title Insurance Agency, Inc. | $ 450,000.00 |
| *Christine Mays and CJ Appraisals, LTD | $ 45,000.00 |
| *Pamela Siira and Appraisal Place | $ 195,000.00 |
| Matthew Flynn | $ 8,425.40 |
| Additional Recoveries Through Funds Setoffs: | $ 359,074.00 |

**Total amounts recovered:**                                          **$1,527,198.42**

**Net loss after recoveries:**                                              **$5,299,751.58**

Allocated portion of Chub insurance recovery
($4,300,000 x 47%)                                                              $2,021,000.00

                                                                                          $3,278,751.58

First American Title recovery                                            $2,200,000.00

**Net loss after allocated insurance recoveries:**          **$1,257,751.58**