## ATTACHMENT TWO

Paul Nicoletti  --- credit for payments made by other co-defendants

Nicoletti was ordered to pay restitution, joint and several, with Alan Lucia, Tyrone Hogan, Matthew Flynn and Robert Hance.   Not all of the defendants were ordered to pay the same set of victims. The chart below sets forth amount of restitution ordered only for Fifth Third Bank, Chubb Insurance and First American Title (the victims identified in Nicoletti's judgment).

| **Defendant name** | **Fifth Third Bank** | **Chubb Insurance** | **First American Title** |
|---|---:|---:|---:|
| Lucia | $738,342.50 | $687,248.00 | $0 |
| Hogan | $1,193,716.83 | $812,202.82 | $0 |
| Flynn | $2,213,241.09 | $1,317,858.91 | $0 |
| Hance | $6,019,123.00 | $0 | $0 |
| Nicoletti | $1,257,751.58 | $2,021,000.00 | $2,200,000.00 |

The balance due is subject to change based upon the receipt of payment from any of the identified defendants.  To the extent that a defendant has also been ordered to pay other victims, each payment would be disbursed pro rata among all of that particular defendant's victims.

As of June 3, 2021, after application of payments received, and allocated to Fifth Third Bank or Chubb Insurance, Nicoletti's balance is:

$1,192,644.95 to Fifth Third Bank

$1,960,028.69 to Chubb Insurance

$2,200,000 to First American Title


Credit for the income tax refund, which is the subject of Nicoletti's prior motion (ECF Nos. 213,215), has not been included in this calculation because those funds remain in dispute.