# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 21, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 20-1137, *USA v. Paul Nicoletti*
Originating Case No. : 2:15-cr-20382-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Maria T. Welker
Case Manager
Direct Dial No. 513-564-7025

cc: Mr. Donald Capparella
Mr. Craig A. Weier
Mr. Tyler Chance Yarbro

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 20-1137

_____

Filed: June 21, 2021

UNITED STATES OF AMERICA

                Plaintiff - Appellee

v.

PAUL J. NICOLETTI

                Defendant - Appellant

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 03/18/2021 the mandate for this case hereby issues today.

COSTS: None