UNITED STATES V PAUL NICOLETTI

CASE NO. 15CR20382

INDEX OF EXHIBITS

| Exhibit Number | Description |
|---|---|
| A | February 2020 letter |
| B | March 2020 letter |