

**U.S. DEPARTMENT OF JUSTICE**

United States Attorney's Office
Eastern District of Michigan

211 W. Fort Street, Suite 2001
Detroit, Michigan 48226

March 13, 2020

Paul Stablein PLLC
Attn: Paul Stablein
380 N. Old Woodward Ave.
Suite No. 320
Birmingham, MI 48009

    Re: <u>United States v. Paul Nicoletti</u>

Dear Mr. Stablein:

    There is now due and owing $5,479,151.58. **THIS OFFICE HEREBY DEMANDS PAYMENT FOR THE FULL AMOUNT.** Penalties and interest may accrue on your client's debt until paid in full. All debts are immediately due unless specifically stated otherwise in the judgment.

    Your payment must be clearly labeled with your name, docket number 2:15CR20382 01, and the type of debt he is paying. Payment shall be made payable to the **Clerk of the Court** and paid in person or mailed to:

                  Clerk of the Court
                  Theodore Levin U.S. Courthouse
                  231 W. Lafayette, 5th Floor
                  Detroit, Michigan 48226

    This office may use whatever remedies are available to it by law to collect this debt. These include, but are not limited to the following: a lien may be filed against your client's real and personal property, a garnishment or execution action may be commenced against your client's wages, home or personal property, and your client's income tax may be offset against his debt.

                                          Sincerely,

                                          Matthew Schneider
                                          United States Attorney


                                          Paulette Abdullah
                                          Case Manager
                                          (313)226-9107