UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                        Case No. 2:15–cr–20382–VAR–MKM
                                                Hon. Victoria A. Roberts

Paul Nicoletti,

                Defendant(s).

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202–3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on December 13, 2022.

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                                By: s/ Tracy A Thompson
                                                     Deputy Clerk

Dated:   December 13, 2022