AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States  <br>*Plaintiff/Petitioner*  <br>v.  <br>Paul Nicoletti  <br>*Defendant/Respondent* | ) ) ) Civil Action No. 15-20382 ) COA 22-2118 ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __FCI Morgantown__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

FILED
JAN 10 2023
CLERK'S OFFICE
DETROIT

My gross pay or wages are: $ __43.80__, and my take-home pay or wages are: $ __43.80__ per

*(specify pay period)* __month__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

4. Amount of money that I have in cash or in a checking or savings account:  $ 53.72                .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

As an inmate at FCI Morgantown, this question does not apply

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

As an inmate at FCI Morgantown, inmate is responsible for FRP payment of $50.00/mo.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

See No. 6 above.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  1-3-23                           

*Paul J. Nicoletti*
_____
Applicant's signature

Paul J. Nicoletti
_____
Printed name

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 55819039 | Current Institution: | Morgantown FCI |
| Inmate Name: | NICOLETTI, PAUL | Housing Unit: | MRG-Q-A |
| Report Date: | 01/01/2023 | Living Quarters: | Q04-038L |
| Report Time: | 2:15:53 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2811 |
| PAC #: | 196273458 |
| Revalidation Date: | 28th |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/24/2020 |
| Local Account Activation Date: | 5/12/2021 3:16:23 AM |
| Sort Codes: | |
| Last Account Update: | 12/28/2022 12:11:47 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | Payroll    Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $50.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $53.72 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $53.72 |
| National 6 Months Deposits: | $1,237.86 |

*[signature]* 1-1-23

|  |  |
|---|---|
| National 6 Months Withdrawals: | $1,251.05 |
| Available Funds to be considered for IFRP Payments: | $487.86 |
| National 6 Months Avg Daily Balance: | $72.45 |
| Local Max. Balance - Prev. 30 Days: | $207.32 |
| Average Balance - Prev. 30 Days: | $69.81 |

## Commissary History

### Purchases

|  |  |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $531.95 |
| Last Sales Date: | 12/21/2022 8:36:52 AM |

### SPO Information

|  |  |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

|  |  |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $410.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $410.00 |

## Commissary Restrictions

### Spending Limit Restrictions

|  |  |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

Paul Nicoletti Reg. No. 55819-039
Federal Correctional Institution
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

PITTSBURGH PA 150
4 JAN 2023 PM 4 L

United States District Court
Clerk's Office Room 564
231 W. Lafayette Blvd.
Detroit, MI 48226

48226-270099