UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 15-20382
                                            Honorable Victoria A. Roberts

PAUL NICOLETTI,

    Defendant.
_____/

## ORDER SETTING BRIEFING SCHEDULE

On February 7, 2023, Defendant filed an Emergency Motion for Compassionate Release/Reduction in Sentence [ECF No. 264].

The Court sets the following briefing schedule:

1. Government's response brief must be filed by: **February 21, 2023**; and

2. Defendant's Reply brief must be filed by: **March 7, 2023**.

**ORDERED**.

                                            s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: February 10, 2023